IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STEVEN D. BAXTER & WENDY BAXTER | ) | |
| | ) | Bankruptcy Case No. 06-10672 |
| Debtors, | ) | |
| | ) | |
| CURTIS C. REDING, STANDING CHAPTER 13 TRUSTEE FOR THE MIDDLE DISTRICT OF ALABAMA, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cv-913-WKW |
| | ) | [wo] |
| STEVEN D. BAXTER & WENDY BAXTER, | ) | |
| | ) | |
| Appellees. | ) | |

**ORDER**

Curtis C. Reding, Standing Chapter 13 trustee for the Middle District of Alabama ("trustee"), brings this appeal challenging the bankruptcy court's order, which held that settlement proceeds for a cause of action arising after confirmation of the plan were not property of the estate. Just last week, the Eleventh Circuit addressed this exact issue and held that settlement proceeds from a cause of action arising after confirmation of the plan are property of the estate. *See In re Waldron*, __ F.3d __, 2008 WL 2953571, at * 2-3 (11th Cir. Aug. 4, 2008). Accordingly, it is ORDERED that this cause is REVERSED and REMANDED to the bankruptcy court for further proceedings not inconsistent with this order.

DONE this 14th day of August, 2008.

    /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE